30 A.3d 380

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Elliott EBERHART, Respondent.**

Supreme Court of Pennsylvania.

Sept. 14, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of September 2011, the Petition for Allowance of Appeal is **GRANTED.** The decision below is **VACATED** and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Jette,* 611 Pa. 166, 23 A.3d 1032 (2011).